SURANCE COMPANY, FACTORY INSURANCE ASSOCIATION, INDUSTRIAL RISK INSURERS, AETNA CASUALTY & SURETY COMPANY, KEMPER INSURANCE, AND CNA INSURANCE, DEFENDANTS, AND GREATER NEW YORK INSURANCE GROUP, GREATER NEW YORK MUTUAL INSURANCE COMPANY, DEFENDANTS–PETITIONERS.

September 11, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000237–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

170 A.3d 350

NEW YORK–CONNECTICUT DEVELOPMENT CORP., PLAINTIFF, v. BLINDS–TO–GO (U.S.) INC., DEFENDANT/THIRD–PARTY PLAINTIFF–RESPONDENT, v. ANTHONY NARDOZZI, ET AL., THIRD–PARTY DEFENDANTS, AND UNIQUE MECHANICAL SERVICES, LLC, THIRD–PARTY DEFENDANT–PETITIONER. AND OTHER RELATED CASES

September 11, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005660–14 having been submitted to this Court, and the Court having considered the same;

584

It is ORDERED that the petition for certification is denied, with costs.

---

170 A.3d 351

ALEXANDRA RODRIGUEZ, PLAINTIFF–RESPONDENT, v. WAL–MART STORES, INC., AND/OR WAL–MART STORES EAST, LP, AND/OR WAL–MART STORES EAST I, LP, DEFENDANTS–PETITIONERS.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004137–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.